**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.10-03016-03-CR-S-BCW |
| | ) | |
| LARRY STEVEN ADUDDLE, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION
<u>CONCERNING PLEA OF NOLO CONTENDERE</u>**

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of nolo contendere to Count Twenty of the Superseding Indictment filed on March 3, 2011. I consented to the plea, over the government's opposition, and after considering the parties' views and the public interest in the effective administration of justice. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the nolo contendere plea was knowledgeable and voluntary, and that the offense charged is supported by a factual basis for each of the essential elements of the offense. I therefore recommend that the plea of nolo contendere be accepted and that the Defendant

be adjudged guilty and have sentence imposed accordingly.


Date: February 4, 2014          /s/ David P. Rush
                                DAVID P. RUSH
                                UNITED STATES MAGISTRATE JUDGE


NOTICE

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).