IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-03016-03-CR-S-BCW |
| | ) | |
| LARRY STEVEN ADUDDLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF NOLO CONTENDERE

Pursuant to the Report and Recommendation of United States Magistrate Judge David P. Rush, to which no objection has been filed, the plea of nolo contendere to Count Twenty of the Superseding Indictment filed on March 3, 2011 is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    s/ BRIAN C. WIMES
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated: February 11, 2014